# United States Court of Appeals
## For the First Circuit

No. 10-1396

VOICE OF THE ARAB WORLD, INC.,

Plaintiff, Appellant,

v.

MDTV MEDICAL NEWS NOW, INC.,

Defendant, Appellee,

ZAGLOUL E. AYAD; MASSACHUSETTS EYE AND EAR INFIRMARY;
BOSTON EYE GROUP; NEXT STEP PROSTHETICS;
BOSTON PUBLIC HEALTH COMMISSION,

Third Party Defendants.

ERRATA SHEET

The opinion of this Court issued on May 27, 2011, is amended as follows:

On page 21, line 17: replace "On August 15, 2009," with "On August 14, 2009,"